**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
OCT 27 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | SA10-430M |
| v. | |
| Bang, Ronald | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

Upon motion of _def_____, IT IS ORDERED that a detention hearing is set for _Mon Nov 1 2010_____, at _1:00_ ☐ a.m. / ☒ p.m. before the Honorable _Robert N Block_____, in Courtroom _6B_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: _10/27/10_

ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge